Oh, so I understand that the appellant is not here, and let me just ask, is Mr. Russo in the courtroom? I guess not. So we will hear five minutes from the government and then take the case. Does the government still want to proceed? Your Honor, unless the court has any questions, we are happy to rest on our briefs. Okay, we'll take the case on submission, because we don't have the appellant here, so I think that's appropriate. So thank you very much, Mr. Stein. The case is submitted.